# KINSEL·LAW·OFFICES
PROFESSIONAL LIMITED LIABILITY COMPANY

FOURTH & BATTERY BUILDING
2401 FOURTH AVENUE, SUITE 850
SEATTLE, WASHINGTON 98121

WILLIAM A. KINSEL ADMITTED IN WASHINGTON & OREGON

TELEPHONE
(206) 706-8148

FAX
(206) 374-3201

February 10, 2022

Judge Brian D. Lynch
United States Bankruptcy Court,
Western District of Washington (Tacoma)
1717 Pacific Avenue, Suite 2100
Tacoma, WA 98402-3233

Re: **In re Herbert L. Whitehead, III, 22-40098-BDL**

Dear Judge Lynch:

    I represent Kenneth and Alice Wren, one of the creditors of Mr. Herbert L. Whitehead, III. I am aware of the fact that Mr. Whitehead has missed a number of important filing deadlines, and that his case could be dismissed as a result. However, because it may be in the best interests of Mr. Whitehead's creditors and the Estate to have the matter converted to a Chapter 7 case, I ask for an opportunity to be heard on the question of dismissal versus conversion, prior to the Court making a decision on that matter.

    Thank you for your consideration.

Very truly yours,

KINSEL LAW OFFICES

William A. Kinsel

cc: Kenneth and Alice Wren

220210c1