**Exhibit A**

## Salish Sea Legal, PLLC
2212 Queen Avenue North, No. 719
Seattle, WA 98109
Tel: (206) 257-9547

*Invoice submitted to:*
Herbert L. Whitehead III
2419 199TH Ave Ct E
Lake Tapps, WA 98391
jnbw0617@gmail.com

September 30, 2022
In Refererece To: Chapter 11 Bankruptcy

Professional Services

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | |
| 2/2/2022 | BE | Follow up with client re supplemental ancillary documents required for bankruptcy filing (financial statement and tax returns) and review of the same. | 0.6 | $ 216.00 |
| 2/3/2022 | BE | Review court docket and finalize Declaration to response to notice of petition deficiency, and subsequently file the same on docket. | 0.8 | $ 288.00 |
| 2/7/2022 | BE | Review email correspondence from UST re deficiencies and follow up with client re the same and response. | 0.5 | $ 180.00 |
| 2/9/2022 | BDS | Reviewed bank statements and financials prior to IDI. | 0.8 | $ 148.00 |
| 2/9/2022 | BDS | Communication with client prior to IDI | 0.3 | $ 55.50 |
| 2/9/2022 | BDS | Attended IDI hearing and document financial requirements and deadlines as requested by UST. | 0.8 | $ 148.00 |
| 2/9/2022 | BE | Attended IDI hearing with client. | 0.8 | $ 288.00 |
| 2/9/2022 | BDS | Communication with client following IDI re required documents and deadlines from UST. | 0.3 | $ 55.50 |
| 2/10/2022 | BDS | Draft petition and schedules and provide to client for discussion/updates. | 1.5 | $ 277.50 |
| 2/10/2022 | BDS | Communications with client to discuss schedules and outstanding items. Revised draft schedules and sent revisions for client review. | 3 | $ 555.00 |
| 2/13/2022 | BDS | Reviewed open items re schedules with B Ellison; sent communication to client re same. | 0.5 | $ 92.50 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 2/15/2022 | BE | Review bankruptcy schedules. 0.6 hr. Negotiate adequate protection payment. 0.6 hr. | 1.2 | $ 432.00 |
| 2/15/2022 | BDS | Revised schedules A/B-H with updates from client. Reviewed client financials and drafted budget I/J. Drafted statement of financial affairs and identified questions for client. | 4.2 | $ 777.00 |
| 2/17/2022 | BE | Follow up with client re supplemental request from UST for additional documents following the Initial Debtor Interview and circulate the same. | 0.4 | $ 144.00 |
| 2/21/2022 | BDS | Revised draft schedules I/J and sent initial MOR and instructions to client. | 0.5 | $ 92.50 |
| 2/21/2022 | BE | Review and revise amended Schedules and SOFA, and follow up with client re final changes, and executing and filing the same subsequently (2/22). | 1.1 | $ 396.00 |
| 2/22/2022 | BE | Follow up re matrix and meeting with opposing counsel re adequate protection. | 0.3 | $ 108.00 |
| 2/22/2022 | BDS | Communications with client regarding Form 426 requirements and deadline. | 0.5 | $ 92.50 |
| 2/23/2022 | BDS | Communications with client regarding 6-month forecast. Revised forecast and submitted for review/updates. | 0.8 | $ 148.00 |
| 2/23/2022 | BE | Follow up re upcoming filing deadlines and review IRS proof of claim. | 0.5 | $ 180.00 |
| 2/24/2022 | BE | Review issues relating to exemption selection and follow up with client re the same. | 0.4 | $ 144.00 |
| 2/25/2022 | BDS | Completed Form 426 for all 4 LLCs and finalized with client. | 1.2 | $ 222.00 |
| 2/26/2022 | BE | Review Schedules I & J. | 0.2 | $ 72.00 |
| 3/7/2022 | BE | Analyze claims objection against second-position mortgage lender with input from client. | 0.4 | $ 144.00 |
| 3/16/2022 | BE | Prepare for and attend client's 341 meeting. 1.6 hr. Communications with opposing counsel re consensual plan. 0.4 hr. | 2 | $ 720.00 |
| 3/16/2022 | BDS | Communications with client following 341 hearing re next steps and review of forecast revisions | 1.6 | $ 296.00 |
| 3/17/2022 | BE | Coordinate continued 341 debtor exam and review joinders in support of response to motion to dismiss. | 0.3 | $ 108.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 3/18/2022 | BDS | Reviewed 14 months of credit card statements and drafted analysis of historical spending and payments (based on specific concerns from 341 hearing) and communicated to client for review. | 1.3 | $ 240.50 |
| 3/22/2022 | BDS | Review proofs of claim and revise schedules to include new creditors, correct creditor address, and correct total claim amounts and secured/unsecured portion for existing partially secured creditors. | 1 | $ 185.00 |
| 3/23/2022 | BE | Attended status conference and followed up with client | 0.3 | $ 108.00 |
| 3/25/2022 | BE | Facilitate service of motions to employ CPA, approve adequate protection, and file proof of claim. | 0.3 | $ 108.00 |
| 3/27/2022 | BE | Review of settlement offer, and follow up with counsel, client, and paralegal re the same. | 0.7 | $ 252.00 |
| 4/6/2022 | BDS | Finalized amended schedules and sent to client for review/signature. Communication with client regarding amended schedules, MORs and insurance policies. | 0.5 | $ 92.50 |
| 4/8/2022 | BE | Attend conference call with UST re continued 341. 0.4 hr. | 0.4 | $ 144.00 |
| 4/11/2022 | BE | Attended continued 341 hearing | 0.8 | $ 288.00 |
| 4/14/2022 | BDS | Communications with client and B Ellison re strategy for plan negotiations | 1 | $ 185.00 |
| 4/21/2022 | BE | Request re accountant progress and IRS issue. | 0.4 | $ 144.00 |
| 4/22/2022 | BE | Follow up with client re adequate protection payment and respond to junior secured creditor re extension to response deadline. | 0.2 | $ 72.00 |
| 5/6/2022 | BDS | Communications with client re: house appraisal, requests for information for creditor negotiations and April MOR documentation | 1.1 | $ 203.50 |
| 5/9/2022 | BE | Follow up re appraisal of Residence. | 0.2 | $ 72.00 |
| 5/13/2022 | BDS | Communications with client re real estate appraisals and creditor negotiations | 1.1 | $ 203.50 |
| 5/19/2022 | BDS | Communications with client and B Ellison regarding creditor negotiations | 0.5 | $ 92.50 |
| 5/20/2022 | BDS | Calendar all deadlines from Order for Adv 22-4008 | 0.9 | $ 166.50 |
| 6/6/2022 | BE | Preparation for status conference with Subchapter V trustee. 0.3 hr. Conference calls with real estate professionals re obtaining appraisal. 0.4 hr. Follow up with client re IRS returns and UST re the same tax issues. 0.3 hr. | 1 | $ 360.00 |
| 6/7/2022 | BE | Attended confirmation hearing. | 0.5 | $ 180.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 6/7/2022 | BDS | Communicated with client to obtain access to Phemex account. Reviewed Phemex account, transactions, and reports. Downloaded reports and screenshots and provided to UST with explanations. | 1.3 | $ 240.50 |
| 6/7/2022 | BDS | Communications with client and B. Elison re case strategy, Wren motion, pending answer and counterclaims, appraisal, and outstanding questions from UST. | 1.2 | $ 222.00 |
| 6/8/2022 | BDS | Continued reviewing Phemex website. Identified transactional report. Compared transaction report with PNL report, and created Excel summary and walk-forward explanation and provided to UST. | 1.6 | $ 296.00 |
| 6/9/2022 | BDS | Communications with client re appraisal, disputed appraisal, property tax vs sales; outstanding questions from UST and Subchapter V Trustee; and plan payments. | 0.5 | $ 92.50 |
| 6/14/2022 | BDS | Communication to B Kinsel of intent to hold 2004 Exam. Ran Claims Register report to confirm all POCs filed and that no claim was filed by EFG. Discussed BOA POC with client and communicated issues to B Ellison for dispute of claim. | 0.5 | $ 92.50 |
| 6/21/2022 | BDS | Reviewed Townsend deposition and exhibits and Brautigan exhibits in state court case. | 2 | $ 370.00 |
| 6/21/2022 | BDS | Communications with client and B Ellison regarding J&N, Coinbase, and sources of income for outstanding questions and requests from UST. | 1.4 | $ 259.00 |
| 6/28/2022 | BDS | Reviewed appraisals from Vanderwaal and Totzek; identified issues and communicated to B Ellison and client. | 1.9 | $ 351.50 |
| 7/1/2022 | BDS | Communications with appraiser | 0.7 | $ 129.50 |
| 7/2/2022 | BDS | Communications with client and B Ellison re counterclaims, MSJ in adversarial case, status of state court actions, and settlement offer to 2nd position lienholder. | 1 | $ 185.00 |
| 7/14/2022 | BDS | Communications with client re Horizon offer | 0.3 | $ 55.50 |
| 7/15/2022 | BDS | Communications with client and B Ellison re summary judgments, pending actions, Horizon negotiations, proposed edits to amended plan, ROGs/RFAs, and next steps. | 1.2 | $ 222.00 |
| 7/30/2022 | BE | Conference call for planning and strategy, and upcoming mediation. | 0.8 | $ 288.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 8/6/2022 | BDS | Researched 1111(b) case law. Communicated to client and B Ellison. | 3.2 | $ 592.00 |
| 8/8/2022 | BE | Attended mediation with client | 6 | $ 2,160.00 |
| 8/17/2022 | BE | Attended status conference | 0.5 | $ 180.00 |
| 9/19/2022 | BE | Review emails and discuss settlement strategy, and follow up with mediator re the same. | 1.1 | $ 396.00 |
| 9/19/2022 | BDS | Reviewed status of actions in all related cases in this and other courts and drafted chart of cases with current outcomes and upcoming court dates, as requested by Subchapter V Trustee for settlement discussions. Reviewed Wren settlement offer and communicated with client re counteroffer options. | 2.8 | $ 518.00 |
| 9/20/2022 | BDS | Communications with client and B Ellison re Wren settlement offer and proposed counteroffer. | 0.5 | $ 92.50 |
| 9/21/2022 | BE | Conference call with Subchapter V Trustee and B Smith regarding proposed settlement. | 0.6 | $ 216.00 |
| 9/21/2022 | BDS | Call with M Deleo (subchapter 5 trustee) and B Ellison regarding settlement negotiations. | 0.6 | $ 111.00 |
| 9/21/2022 | BDS | Communications with client and B Ellison regarding potential settlement offers and terms. Drafted settlement offer and sent to client and B. Ellison for review. | 1.4 | $ 259.00 |
| 9/26/2022 | BDS | Communications with client regarding settlement negotiations. | 0.8 | $ 148.00 |
| **CASE ADMINISTRATION SUBTOTAL** | | | **69.6** | **$ 16,953.50** |

**EMPLOYMENT**

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 2/23/2022 | BDS | Drafted Application for Employment of attorney, declaration ISO, Order and Notice re same | 0.8 | $ 148.00 |
| 2/23/2022 | BE | Draft application to employ Salish Sea Legal. | 0.5 | $ 180.00 |
| 2/25/2022 | BDS | Drafted motion, notice, order, and declaration for employment of CPA | 1.2 | $ 222.00 |
| 3/3/2022 | BDS | Communications with CPA and revisions to draft declaration in support of motion to employ | 0.4 | $ 74.00 |
| 4/18/2022 | BE | Follow up re employment of accountant and tax issue. | 0.3 | $ 108.00 |
| 5/19/2022 | BDS | Drafted motion for compensation for CPA and declaration, order and notice re same. | 0.7 | $ 129.50 |
| 6/8/2022 | BDS | Filed motion for compensation for CPA, including exhibits and proposed order | 0.2 | $ 37.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 6/23/2022 | BDS | Drafted motion to employ appraiser. Drafted declaration and order re same. Sent to B Ellison for review. | 0.8 | $ 148.00 |
| 9/29/2022 | BDS | Drafted motion for compensation for SSL and exhibit, declaration, order and notice re same. | 3.3 | $ 610.50 |
| **EMPLOYMENT SUBTOTAL** | | | **8.2** | **$ 1,657.00** |

**GENERAL SERVICES**

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 2/24/2022 | BDS | Researched documentation requests from UST regarding bank statements, historical financial activity, life insurance. | 0.5 | $ 92.50 |
| 2/25/2022 | BDS | Compiled, reviewed and provided financial documents requested by UST. | 1.3 | $ 240.50 |
| 3/10/2022 | BDS | Compiled, reviewed and provided financial documents requested by UST. Subsequently reviewed UST response, communicated with client, and provided update to UST. | 2.5 | $ 462.50 |
| 3/14/2022 | BDS | Compiled, reviewed and provided additional financial documents requested by UST. | 0.4 | $ 74.00 |
| 3/14/2022 | BDS | Communications with IRS regarding required forms and EIN numbers. | 0.5 | $ 92.50 |
| EMPLOYMENT SUBT( | BDS | Documented notes and action items from 341 hearing | 1.5 | $ 277.50 |
| 3/21/2022 | BDS | Provided requested EIN numbers to IRS. | 0.2 | $ 37.00 |
| 3/23/2022 | BDS | Documented notes, action items, and calendar dates from hearing re motion to convert and relief from stay and subsequent status conference | 1.4 | $ 259.00 |
| 3/23/2022 | BDS | Communications with client and B Ellison following hearing and status conference re outcome and next steps. | 0.8 | $ 148.00 |
| 4/6/2022 | BDS | Reviewed UST documentation requests for 341. Communications with client and B Ellison re same and re MOR requirement | 0.2 | $ 37.00 |
| 4/8/2022 | BDS | Communications with client, B Ellison and UST regarding upcoming 341 hearing | 1.3 | $ 240.50 |
| 4/11/2022 | BDS | Documented notes and action items from 341 hearing; follow up communication with client re same | 1.2 | $ 222.00 |
| 5/27/2022 | BE | Conference call with Subchapter V Trustee. | 0.3 | $ 108.00 |
| 5/27/2022 | BDS | Call with M. Deleo and B. Ellison re plan mediation, appraisal and next steps | 0.3 | $ 55.50 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 6/7/2022 | BDS | Documented notes from confirmation hearing re arguments, issues and upcoming steps and hearing dates -0.5. Follow up communications with B. Ellison re same - 0.1. | 0.6 | $ 111.00 |
| 7/14/2022 | BDS | Communications with 3rd party real estate expert regarding client home and appraisals. | 1.3 | $ 240.50 |
| 7/20/2022 | BDS | Reviewed all comps in home appraisals. Documented property tax assessor's lot percentage of total value, compared with appraiser report. | 1 | $ 185.00 |
| 8/8/2022 | BDS | Mediation support - communications with client and B Ellison during mediation to provide requested files, financials, and financial analysis. | 1.1 | $ 203.50 |
| 8/17/2022 | BDS | Documented notes, action items, calendar dates from status conference and communicated to client and B Ellison. | 0.5 | $ 92.50 |
| **GENERAL SERVICES SUBTOTAL** | | | **16.9** | **$ 3,179.00** |

**MONTHLY REPORTS**

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 2/23/2022 | BDS | Finalized MOR with information from client and redacted bank statement re same | 0.6 | $ 111.00 |
| 2/23/2022 | BE | Review of monthly operating report and file the same. | 0.2 | $ 72.00 |
| 3/22/2022 | BDS | Review Feb MOR and redact bank statements | 0.4 | $ 74.00 |
| 4/11/2022 | BDS | Completed March MOR, redacted bank statements, sent to client for review and filed same | 0.7 | $ 129.50 |
| 5/16/2022 | BDS | Completed Apr MOR with financials from client and sent to client for review and authorization to file | 0.3 | $ 55.50 |
| 6/10/2022 | BDS | Reviewed client financial statements and summary, prepared May MOR, sent for client approval, and filed MOR and exhibits. | 0.2 | $ 37.00 |
| 7/20/2022 | BDS | Completed June MOR with all exhibits. Reviewed with client, obtained approval and filed. | 0.4 | $ 74.00 |
| 9/12/2022 | BDS | Drafted July and August MORs. Compiled exhibits re same. Reviewed with client and filed same. | 0.6 | $ 111.00 |
| **MONTHLY REPORTS SUBTOTAL** | | | **3.4** | **$ 664.00** |

**MOTIONS**

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 3/3/2022 | BE | Review motion for relief from stay and motion to convert, and start researching standards for opposition/response thereto. | 1.5 | $ 540.00 |
| 3/7/2022 | BE | Review motion to dismiss/motion for relief from stay by the Wrens, and advise client re the same. | 1.1 | $ 396.00 |
| 3/13/2022 | BE | Complete final draft edits to Opposition to Motion for Relief from Stay and Motion to Convert, including legal research re law argument sections. 3.5 hr. Review draft joinder in support by Gage Whitehead. 0.3 hr. | 3.8 | $ 1,368.00 |
| 3/14/2022 | BDS | Communications with client regarding motion to convert, opposition and declaration re same, required documentation for IRS, and draft forecast. | 0.8 | $ 148.00 |
| 3/14/2022 | BDS | Reviewed 3 prior declarations and completed first draft of Whitehead Declaration ISO Opposition to Creditor Wren Motion to Convert/Relief from Stay. | 2.2 | $ 407.00 |
| 3/14/2022 | BE | Review and revise draft motion to dismiss/motion for relief from stay, including reviewing and revising base financial projections to be used for plan. | 4.2 | $ 1,512.00 |
| 3/15/2022 | BDS | Drafted DGW Investments declaration | 0.4 | $ 74.00 |
| 3/15/2022 | BE | Review further declarations and supporting exhibits to Wren motion to dismiss/motion for relief from stay, conduct legal research re the same, and accordingly revise draft response. | 3.1 | $ 1,116.00 |
| 3/16/2022 | BE | Draft and finalize Opposition to Motion to Convert and for Relief from Stay and file the same. 5.4 hr. | 5.4 | $ 1,944.00 |
| 3/16/2022 | BDS | Reviewed draft opposition and revised Whitehead and DGW Investments declarations re same | 3.3 | $ 610.50 |
| 3/16/2022 | BDS | Drafted four joinders ISO opposition to motion to convert / relief from stay. Reviewed with client and finalized for review/signature from joining parties. | 1.3 | $ 240.50 |
| 3/19/2022 | BE | Review reply filed by Wrens in support of motion to dismiss/convert. 0.7 hr. Review all proofs of claim (Wren, Brautigan, First Tennessee) filed by the claims bar date. 0.8 hr. | 1.5 | $ 540.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 3/21/2022 | BE | Draft letter and coordinate request for witnesses to appear telephonically at hearing. 0.4 hr. Draft and finalize and file motion to approve adequate protection. 2.1 hr. Draft, finalize and file adversary proceeding against First Tennessee and its servicer. 2.1 hr. | 4.6 | $ 1,656.00 |
| 3/22/2022 | BDS | Review motion for adequate protection and draft declaration re same, review with client and finalize | 1 | $ 185.00 |
| 3/22/2022 | BE | Preparation for court hearing re motion to dismiss/convert, and review all substantive motions. | 0.8 | $ 288.00 |
| 3/23/2022 | BE | Prepare for and attend hearing on Motion to Convert or Grant Relief from Stay. 1.9 hr. | 1.9 | $ 684.00 |
| 4/8/2022 | BE | Draft and file reply in support of motion to authorize adequate protection. 0.3 hr. | 0.3 | $ 108.00 |
| 4/13/2022 | BE | Respond to Court re motion for adequate protection. 0.2 hr. | 0.2 | $ 72.00 |
| 4/28/2022 | BDS | Communications with client and B Ellison re reply asset ownership. Reviewed reply and provided final updates. | 2.4 | $ 444.00 |
| 5/23/2022 | BE | Draft amended adversary complaint. | 0.2 | $ 72.00 |
| 6/22/2022 | BE | Review and revise draft answer prepared by B. Smith and draft affirmative defenses. | 3.1 | $ 1,116.00 |
| 6/22/2022 | BDS | Reviewed Wren nondischargeable complaint and drafted answer. | 6.5 | $ 1,202.50 |
| 6/23/2022 | BDS | Revised draft answer in adversarial case. Communications with client and B Ellison re same. | 2.5 | $ 462.50 |
| 6/28/2022 | BDS | Reviewed state court counterclaims and drafted amended answer to include client's counterclaims in adversarial case. | 3.2 | $ 592.00 |
| 6/30/2022 | BDS | Revised draft counterclaims. Included multiple communications with client re details of timeline, meetings/communications, vehicles, and Wren recovery of assets. Reviewed numerous client exhibits re same. | 7.8 | $ 1,443.00 |
| 7/4/2022 | BDS | Reviewed evidence for inclusion in counterclaims, including numerous 3rd party emails and text messages. | 2.9 | $ 536.50 |
| 7/5/2022 | BDS | Revised draft counterclaims to include additional information requested by Ellison. Communications with client and review of evidence re same. | 7.8 | $ 1,443.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 7/22/2022 | BDS | Reviewed and documented notes on Wren/J&N amended complaint, MSJ, declarations and order. | 0.8 | $ 148.00 |
| **MOTIONS SUBTOTAL** | | | **74.6** | **$ 19,348.50** |

**PLAN OF REORGANIZATION**

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 3/10/2022 | BDS | Drafted initial plan of reorganization and liquidation analysis. Calculated proposed plan payments to secured creditors and revised forecast. | 6.3 | $ 1,165.50 |
| 3/15/2022 | BDS | Revised draft forecast and liquidation analysis. Communications with client and B Ellison re same. | 2.5 | $ 462.50 |
| 3/21/2022 | BE | Review and draft first 5 pages of Plan for Reorganization. 1.7 hr. | 1.7 | $ 612.00 |
| 3/23/2022 | BE | Review and revise proposed plan of reorganization. 0.5 hr. | 2.4 | $ 864.00 |
| 3/23/2022 | BDS | Revisions to draft plan, including communications with client re same | 3 | $ 555.00 |
| 3/28/2022 | BE | Review draft plan of reorganization and respond to email correspondence re the same. | 0.3 | $ 108.00 |
| 3/30/2022 | BE | Review and revise Plan of Reorganization. | 2 | $ 720.00 |
| 3/31/2022 | BE | Review and revise draft plan of reorganization. | 5 | $ 1,800.00 |
| 3/31/2022 | BDS | Reviewed and revised draft plan and shared with B Ellison. | 0.7 | $ 129.50 |
| 4/6/2022 | BDS | Revisions to draft plan and communications with client and B Ellison re same. | 1.9 | $ 351.50 |
| 4/6/2022 | BE | Conference call and emails with client/paralegal re concession and deal points in plan, and review and revise the same, circulating for supplemental comments. | 2.4 | $ 864.00 |
| 4/7/2022 | BDS | Revised draft cash flow forecast and liquidation analysis. Revised draft plan and had communications with client and B Ellison re same. Communications with B Ellison re UST requests for 341 documentation production. | 2.2 | $ 407.00 |
| 4/18/2022 | BE | Review Wren court submission re vehicle ownership and follow up with client re the same. | 0.8 | $ 288.00 |
| 4/20/2022 | BE | Follow up with W. Kinsel re access to Debtor residence to conduct appraisal. | 0.3 | $ 108.00 |
| 4/22/2022 | BDS | Reviewed communication from creditor and discussed response and proposed plan changes with client and B Ellison | 2.2 | $ 407.00 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| 4/22/2022 | BE | Follow up re mediation of claims and administrative steps required to complete. | 0.5 | $ 180.00 |
| 4/23/2022 | BE | Follow up re appraisal process for residential property. | 0.3 | $ 108.00 |
| 4/24/2022 | BDS | Communications with client regarding plan and revisions requested by client | 1.2 | $ 222.00 |
| 4/24/2022 | BE | Review and revise amended language to second plan of reorganization and meeting(s) re the same. | 2.2 | $ 792.00 |
| 4/25/2022 | BDS | Communications with client and updates to draft plan and forecast | 1.9 | $ 351.50 |
| 4/26/2022 | BDS | Communications with client and B Ellison regarding final revisions to plan. Revised and finalized plan, exhibits, ballot, proposed order and filed. | 3.4 | $ 629.00 |
| 4/28/2022 | BE | Draft and finalize response to Ownership of Vehicles issue and file the same on the docket. | 4.1 | $ 1,476.00 |
| 7/22/2022 | BDS | Updated financial forecast projections and liquidation analysis. Revised amended plan. | 1.5 | $ 277.50 |
| 7/23/2022 | BDS | Drafted revisions to amended plan. Communications with client and B Ellison re same. | 4.1 | $ 758.50 |
| 7/24/2022 | BDS | Reviewed prior plan objections. Compiled list of prior plan objections and items missing from draft amended plan; drafted proposed treatment in amended plan for each and provided to B Ellison. | 3.2 | $ 592.00 |
| 7/25/2022 | BDS | Finalized amended plan with client review and input. Compiled exhibits. Drafted ballot, proposed order re same. | 2.1 | $ 388.50 |
| **PLAN OF REORGANIZATION SUBTOTAL** | | | 58.2 | $ 14,617.00 |

**TOTAL FOR PROFESSIONAL FEES** $ 56,419.00

**EXPENSES**

| Date | | Description | | Amount |
|---|---|---|---|---|
| 2/25/2022 | | Filing fee for Amended Matrix | | $ 32.00 |
| 2/25/2022 | | Paid for service of motion to employ. | | $ 58.74 |
| 3/2/2022 | | Filing fee for Motion for Relief from Stay | | $ 188.00 |
| 3/25/2022 | | Service of Court Order and Motion for Adequate Protection. | | $ 77.72 |
| 3/25/2022 | | Motion to CPA employ mail. | | $ 47.27 |
| 5/6/2022 | | Certificate of Service cost for serving Plan and Ballot. | | $ 167.40 |
| 6/9/2022 | | Mail fee for service | | $ 57.90 |
| 7/25/2022 | | Mail fee for service | | $ 372.60 |

| Date | Init | Description | Hours | Billable ($) |
|---|---|---|---|---|
| **EXPENSE SUBTOTAL** | | | | $ 1,001.63 |
| | | | | |
| **TOTAL INVOICE** | | | | **$ 57,420.63** |