The Honorable Timothy W. Dore
Hearing Date: September 25, 2024
Hearing Time: 9:30 a.m.
Response Date: September 18, 2024
Chapter 7
Location: Tacoma

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>HERBERT WHITEHEAD, III,<br><br>Debtor. | No. 22-40098<br><br>APPLICATION IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION FOR COUNSEL FOR TRUSTEE |
|---|---|

COMES NOW the Chapter 7 Trustee, by the through the undersigned attorney, and for the First and Final Application for Compensation for Counsel for Trustee, states as follows:

1. The debtor filed the present Chapter 11 Bankruptcy Petition on January 27, 2022, and the matter was converted to Chapter 7 on May 19, 2023. The undersigned was employed as counsel for Trustee in this case on August 24, 2023.

2. Counsel for Trustee requests final compensation in the amount of $22,221.75 and expenses in the amount of $58.40 for a total of $22,280.15

3. This application is supported by the Declaration of Kathryn A. Ellis in Support of First and Final Application for Compensation for Counsel for Trustee filed herewith. The declaration contains additional details regarding the attorney for Trustee services and includes an itemized time narrative of services performed by counsel.

WHEREFORE, the attorney for the Trustee requests that the Court enter an order

**APPLICATION IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION FOR COUNSEL FOR TRUSTEE- 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 100
Seattle, WA 98108
(206) 682-5002

approving final compensation in the amount of $22,280.15

DATED this 22nd day of August, 2024.

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA#14333
Attorney for Trustee

P:\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Whitehead\fee_app2.wpd

**APPLICATION IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION FOR COUNSEL FOR TRUSTEE- 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 100
Seattle, WA 98108
(206) 682-5002